UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

HERITAGE FOUNDATION, et al.,

    Plaintiffs,

v.

DEPARTMENT OF JUSTICE,

    Defendant.

Civil Action No. 25-0220 (SLS)

## JOINT STATUS REPORT

Pursuant to the Court's April 4, 2025, Order, Plaintiffs Heritage Foundation and Mike Howell, and Defendant the Department of Justice ("Department"), submit this Joint Status Report to apprise the Court of the status of Plaintiffs' requests brought under the Freedom of Information Act ("FOIA"), 5 U.S.C. § 552.

### THE STATUS OF PLAINTIFFS' FOIA REQUEST

The Department's Office of Information Policy's ("OIP") is currently processing Plaintiffs' FOIA request which seeks the following records for all personnel working for Special Counsel Jack Smith:

> All records related to software, hardware, or file storage updates, upgrades, modifications, or other changes, including deletion. Additionally, all records produced in the process of making such changes.
>
> All records referencing the terms "Federal Records", "FRA", "retention", "retain" "delete" "deletion" "dispose" "disposal" "burn" "burned" "destroy", "archive" "archivist" and any communications referencing to federal law related to document retention included but not limited to Title 44 of the US code, Chapter 33, Sections §3301 - §3314.

OIP is currently conducting an initial search for records potentially responsive to Plaintiffs' FOIA request. OIP anticipates that it will complete its initial search in May 2025. Upon completion of the initial search, OIP will evaluate the results to determine whether the request is reasonably

described or if potential scoping and/or narrowing agreements are required. As a result, OIP expects to provide any status on when it can provide an anticipated number of pages and anticipated dates of release on or before the parties' next Joint Status Report.

### *OPEN AMERICA* STAY

Defendant does not anticipate filing a motion pursuant to *Open America v. Watergate Special Prosecution Force*, 547 F.2d 605 (D.C. Cir. 1976).

### *VAUGHN* INDEX/SUMMARY JUDGMENT BRIEFING

The parties believe it is premature to set a briefing schedule or a date to provide a *Vaughn* Index.

### PROPOSED NEXT JOINT STATUS REPORT

The parties respectfully propose that the parties submit another Joint Status Report in approximately sixty days, June 30, 2025, to apprise the Court of any updates on the status of Plaintiffs' FOIA request.

Dated: May 1, 2025
        Washington, DC

                                            Respectfully submitted,

*/s/    Max Taylor Matheu*                  EDWARD R. MARTIN, JR., D.C. Bar #481866
Max Taylor Matheu                           United States Attorney
2525 N George Mason Dr
Arlington, VA 20007                         By:        */s/ Erika Oblea*
727-249-5254                                    ERIKA OBLEA, D.C. Bar #1034393
Maxmatheu@outlook.com                           Assistant United States Attorney
                                                601 D Street, NW
Eric Neal Cornett                               Washington, DC 20530
Law Office Of Eric Neal Cornett                 Telephone: (202) 252-2567
70 I Street S.E., 525 20003                     erika.oblea@usdoj.gov
Washington, DC 20003
606-275-0978                                *Attorneys for the United States of America*
Neal@cornettlegal.com

*Attorney for Plaintiffs*