UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| HERITAGE FOUNDATION, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>DEPARTMENT OF JUSTICE,<br><br>Defendant. | Civil Action No. 25-0220 (SLS) |

**JOINT STATUS REPORT**

Pursuant to the Court's December 19, 2025, Minute Order, Plaintiffs Heritage Foundation and Mike Howell, and Defendant the Department of Justice ("Department"), submit this Joint Status Report to apprise the Court of the status of Plaintiffs' requests brought under the Freedom of Information Act ("FOIA"), 5 U.S.C. § 552. For this Joint Status Report, the Court ordered the parties to address: "(1) how many pages remain to be released, and (2) the date when the Parties expect production to be completed." Dec. 19, 2025, Min. Order.

**THE STATUS OF PLAINTIFFS' FOIA REQUEST**

The Department's Office of Information Policy's ("OIP") is currently processing Plaintiffs' FOIA request which seeks the following records for all personnel working for Special Counsel Jack Smith:

> All records related to software, hardware, or file storage updates, upgrades, modifications, or other changes, including deletion. Additionally, all records produced in the process of making such changes.
>
> All records referencing the terms "Federal Records", "FRA", "retention", "retain" "delete" "deletion" "dispose" "disposal" "burn" "burned" "destroy", "archive" "archivist" and any communications referencing to federal law related to document retention included but not limited to Title 44 of the US code, Chapter 33, Sections §3301 - §3314.

Regarding Part 1 of the request, OIP previously reported that it received the results of its search and was conducting a responsiveness and de-duplication review of the potentially responsive materials identified. OIP now reports that its initial responsiveness review is completed with approximately 1,075 potentially responsive pages identified. This number may change as OIP next begins line by line processing for FOIA exemptions and sending materials for consultation with Executive Branch equity holders, as appropriate. OIP will endeavor to process at least 250 pages per month beginning in March 2026 with those materials being sent on consultation as needed by the last business day of each month. Accordingly, OIP anticipates sending its final consultations by July 31, 2026.

To the extent non-segregable portions of records are releasable, OIP will make rolling responses to Plaintiff as consultations are returned and completed on each 250 page batch of records. OIP is hesitant to provide an anticipated date of completion for any potential response given its limited control over the speed in which consultations are returned from other Department components and/or Executive Branch agencies. However, in light of the Court's December 19, 2025, Minute Order, OIP will use its best efforts to complete all potential responses by November 30, 2026.

Regarding Part 2 of the request, OIP and Plaintiffs continue to negotiate potential narrowing of Part 2 of the request. On February 17, 2026, via counsel, OIP shared additional information with Plaintiff to advance the Parties' discussions.

**PROPOSED NEXT JOINT STATUS REPORT**

Given these updates, the parties believe it is premature to set a briefing schedule or a date to provide a *Vaughn* Index. The parties respectfully propose that the parties submit another Joint

Status Report in approximately sixty days, or on or before April 20, 2026, to apprise the Court of any updates on the status of Plaintiffs' FOIA request.

Dated: February 17, 2026
Washington, DC

Respectfully submitted,

/s/ Kyle Brosnan
KYLE BROSNAN
No.90021475
The Oversight Project
Telephone: (845) 674-5589
Email: Kyle@itsyourgov.org

ERIC NEAL CORNETT
No.1660201
The Oversight Project
Telephone: (606) 275-0978
Email: neal@itsyourgov.org

*Attorney for Plaintiffs*

JEANINE FERRIS PIRRO
United States Attorney

By: *\/s/ Erika Oblea*
ERIKA OBLEA, D.C. Bar #1034393
Assistant United States Attorney
601 D Street, NW
Washington, DC 20530
Telephone: (202) 252-2567
erika.oblea@usdoj.gov

*Attorneys for the United States of America*